**THE COUNTERS FIRM, P.C.**
Representation you can count on.

Lisa Counters, 016436
8014 E. McClain Drive, Ste. 200
Scottsdale, AZ  85260
(602) 490-0030 (Voice)
(888) 683-8397 (Fax)
Lisa@countersfirm.com

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lois Heaney, M.D.<br><br>                             Plaintiff,<br><br>vs.<br><br>Arizona Medical Clinic Life Insurance Plan; Reliance Standard Life Ins. Co., a foreign insurer.<br><br>                             Defendant. | **Case No.  2:11-cv-00536-GMS-PHX**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

   Pursuant to Rule 41(a), Federal Rules of Civil Procedure, Plaintiff gives notice that she voluntarily dismisses this matter with prejudice. .  No Answer or other responsive pleading has been filed by this Defendant.

   Dated:  July 30, 2011.

THE COUNTERS FIRM, P.C



   By: /s  Lisa J. Counters
          Lisa Counters

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2011, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing.

By:    s/ Lisa Counters